IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Companion Life Insurance Company, | ) | C/A No.: 3:11-314-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER SETTING |
| | ) | STATUS CONFERENCE |
| Marilyn Saddler, Monique L. Kelly, Sheena G. Wilcher, | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This is an interpleader action initiated by Companion Insurance Company against defendants Marilyn Saddler, Monique L. Kelly, and Sheena G. Wilcher. The court has granted plaintiff Companion's motion to deposit the disputed the funds into the Registry of this court and be dismissed from this action. This leaves the defendants—Ms. Sadler, Ms. Kelly, and Ms. Wilcher—to litigate the question of who should receive the insurance policy proceeds in this case.

It appears to the court that two of the defendants reside in California and one resides in New York. The defendants have requested a prompt hearing on this matter which, pursuant to the Employee Income and Retirement Security Act (ERISA), is to be conducted by the court sitting without a jury.

The court wishes to conduct a status conference with the three defendants to plan for any discovery that might need to be undertaken in this case and to set a firm trial date. The court will conduct the status conference at 10:00 a.m. on Monday, May 2, 2011. Because of the burden and expense of traveling from California and New York to South Carolina, the court will allow the parties to participate in the status conference by way of a telephonic conference call. Each of the

1

three defendants, to wit: Marilyn Saddler, Monique L. Kelly, and Sheena G. Wilcher, shall, immediately upon receipt of this order, communicate with the Clerk of this court and provide a landline telephone number at which they each may be reached on the above mentioned date of the status conference. Precisely at the appointed hour, the court will call all three of the defendants and conference the participants together so that the status conference can be conducted. Failure to notify the Clerk of a landline telephone number will result in a forfeiture in the right to participate in the status conference.

The parties are hereby notified that it will be necessary for them to travel to South Carolina to participate in the trial of this case.

The telephone numbers referred to herein above shall be sent to the Clerk of Court at the following address: 901 Richland Street, Columbia, South Carolina 29201, attention Mary Floyd.

IT IS SO ORDERED.

April 11, 2011
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge

2