IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Companion Life Insurance Company, | ) | C/A No.: 3:11-314-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Marilyn Saddler, Monique L. Kelly, Sheena G. Wilcher, | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

  This order is entered to reaffirm the date and time of the non-jury trial in the above referenced action. As indicated in this court's order of June 29, 2011, this case will be tried by this court, sitting without a jury, beginning at 9:30 a.m. on Wednesday, November 9, 2011. All defendants are required to be present for this trial.

  Although the defendants are representing themselves, which is their right, the defendants are hereby placed on notice that the trial will be conducted in strict compliance with the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Local Rules for this District. The Federal Rules of Evidence, in particular, present many problems for litigants who attempt to represent themselves at trial. For example, subject to a number of exceptions, hearsay is not admissible. Generally speaking, hearsay is a statement purporting to quote what someone else said, when the person who made the statement is not present in the courtroom for cross-examination. For this reason, it is imperative that all parties who wish to call witnesses other than themselves make arrangements to have the

witnesses present to give live testimony at the trial.

The parties are advised that they will need a picture ID to gain entrance to the federal courthouse, and cell phones and other portable electronic devices are not permitted in the courthouse.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

October 20, 2011
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge