IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Companion Life Insurance Company, | ) | C/A No.: 3:11-cv-00314-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER FOR PRODUCTION OF DOCUMENTS |
| | ) | BEARING ORIGINAL SIGNATURES |
| Marilyn Saddler, Monique L. Kelly, | ) | |
| Sheena G. Wilcher, | ) | |
| | ) | JUDGE JOSEPH F. ANDERSON, JR. |
| Defendants. | ) | |
| | ) | |

This case involves a question of the validity of a signature on an insurance change request form. On November 9, 2011, this court held a bench trial to determine the facts of this case. With the approval of all parties, the court has appointed a handwriting expert, Marvin H. Dawson, Jr., to assist the court in determining whether the insurance change request form signed by Judith Hilton Lee is a forgery. Mr. Dawson has indicated that for his analysis he would prefer to have the original document containing the signatures at issue. This court understands that the original document entitled Group Insurance Enrollment Form and Change Request dated November 7, 2010 (according to the signature block) and a supplemental page dated November 10, 2010 is in the custody of Community Housing Partners. The court has secured consent from the parties to this lawsuit to obtain the original of the insurance change request form and to have the court-appointed handwriting expert use this document in his analysis.

Accordingly, this court hereby orders Community Housing Partners to release the original Group Insurance Enrollment Form and Change Request, including the

1

supplemental page, to the United States District Court for the District of South Carolina. Community Housing Partners should mail the original document to this court in the enclosed, self-addressed envelope. When the court-appointed handwriting expert has completed his analysis and this case is concluded, this court will return the original document to Community Housing Partners.

Community Housing Partners and its employees shall be held harmless from any claims arising out of its compliance with the requirements of this order. In other words, the production of the documents referred to herein shall not expose Community Housing Partners or any of its employees to any liability or claims from any person.

The clerk shall send a certified copy of this order to Nancy Snead at Community Housing Partners, 448 Depot Street, Christianburg, VA 24073.

IT IS SO ORDERED.

December 5, 2011
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge

2