IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Companion Life Insurance Company, | ) | C/A No.: 3:11-314-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Marilyn Saddler, Monique L. Kelly, Sheena G. Wilcher, | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

All parties to this action having consented to the court's expenditure of $520 to employ a handwriting expert in this case, it is hereby ordered that the Clerk is authorized to dispense payment of the attached invoice directly to Marvin H. Dawson, Jr. The funds should be drawn from the account created when this interpleader action was filed. The court will subsequently enter an order directing the distribution of the remaining funds.

IT IS SO ORDERED.

December 20, 2011
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge