# Dawson Document Laboratory, LLC

122 Hollyridge Road
Post Office Box 5066 (29304)
Spartanburg, SC 29301

# Invoice

**Invoice To:**

The Honorable Joseph F. Anderson, Jr.
United States District Court
901 Richland Street
Columbia, South Carolina 29201

| Date | Invoice # |
|---|---|
| 11/22/2011 | 11-0320 |

**RE:**

Companion Life v. Saddler, et. al.
C/A 3:11-314-JFA
DDL File: 115928

| Terms | Due Date |
|---|---|
| Due on receipt | 11/22/2011 |

| Item | Description | Qty./Hours | Rate | Amount |
|---|---|---|---|---|
| Exam | Examination of documents 11/21/11 | 4 | 130.00 | 520.00 |

Federal Tax I.D.# 72-1524030

Respectfully submitted,

*Marvin H. Dawson (signature)*

Marvin H. Dawson, Jr.
Forensic Document Examiner
Tax I.D.# 72-1524030

| | |
|---|---|
| **Total** | $520.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $520.00 |