IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Companion Life Insurance Company, | ) | C/A No.: 3:11-cv-00314-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER FOR PRODUCTION OF DOCUMENTS |
| | ) | BEARING ORIGINAL SIGNATURES |
| Marilyn Saddler, Monique L. Kelly, Sheena G. Wilcher, | ) | |
| | ) | |
| | ) | JUDGE JOSEPH F. ANDERSON, JR. |
| Defendants. | ) | |
| | ) | |

This court has received the report of the court-appointed handwriting expert, Marvin H. Dawson. The report gives an analysis of signatures on various documents at issue in this case. The court has attached the handwriting expert's report and the basis for his report to this order. If any party wishes to comment on the findings of the handwriting expert, the party is instructed to submit such comments within 14 days of this order.

IT IS SO ORDERED.

January 10, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge